SCWC-14-0001160 & SCWC-14-0001190

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SCWC-14-0001160

CERTIFIED CONSTRUCTION, INC., Petitioner/Petitioner-Appellant,

v.

NANCY CRAWFORD, as Director of the Department of Finance, County
of Hawaiʻi, Respondent/Respondent-Appellee.
(CIVIL NO. 14-1-0303)

---

SCWC-14-0001190

In the matter of CERTIFIED CONSTRUCTION, INC.,
Petitioner/Petitioner-Appellant/Appellee,

v.

NANCY CRAWFORD, as Director of the Department of Finance, County
of Hawaiʻi, Respondent/Respondent-Appellee/Appellant.
(CIVIL NO. 14-1-0200)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001160 and CAAP-14-0001190;
CIVIL NOS. 14-1-0303 and 14-1-0200)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner Certified Construction, Inc.'s application

for writ of certiorari, filed on June 20, 2016, is hereby

accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, August 2, 2016.

Jeffre W. Juliano and
Kristi L. Arakaki
for petitioner

Lerisa L. Heroldt and
Laureen L. Martin
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

